## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

LESLEY COLON,                          :    No. 42 MAP 2018
                                       :
                 Appellant             :
                                       :
                                       :
           v.                          :
                                       :
                                       :
PENNSYLVANIA BOARD OF                  :
PROBATION AND PAROLE,                  :
                                       :
                 Appellee              :

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 25th day of January, 2019, the Motion to Dismiss for Mootness is GRANTED.